12-Dec-2017 12:42     —                        +12568343688           p.1

Motion For Extension of Time

December 12, 2017

Court of Appeals

Nine District

State of Texas

1001 Pearl St

Beaumont, Texas 77701

RE: Case 09-17-00394-CV

Trial Case Number: 16-12-14151-CV



FILED

DEC 12 2017

CAROL ANNE HADLEY
CLERK OF _____
NINTH COURT OF APPEALS

Respectfully I request additional 30 days to put together the funds required by the Court in addition to the funds requested by the Montgomery County Court 410 to prepare the documentation.

The reason for this request is based on my limited resources since I am a retiree pursuing this case in the Public Interest and in defense of the Tax Payers of the State of Texas funding the Lone State College System.

Sincerely,

Luis Granados, PhD
6 Pocket Flower Ct
Spring, Texas 77382

Cc: Monty & RamirezLLP
Attn: Daniel Ramirez
150 West Parker,3rd Floor
Houston, TX 77076